NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


WILL H. QUARTERMAN,                          )
                                             )
        Appellant,               )
                                             )
v.                                           )          Case No. 2D17-2831
                                             )
STATE OF FLORIDA,                            )
                                             )
        Appellee.                )
_____ )

Opinion filed February 2, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Nancy Moate Ley,
Judge.


PER CURIAM.


      Affirmed.


VILLANTI, KHOUZAM, and BADALAMENTI, JJ., Concur.